**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EUGENE SCALIA,

    Plaintiff,

v.   Case No. 20-10384

ROBERT J. KAMPHUIS, JR., et al.,

    Defendants.

                                /

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AND SCHEDULING A CONTINUATION OF TELEPHONIC STATUS CONFERENCE**

On July 28, 2020, the court held a telephonic status conference during which time the parties apprised the court, generally, of their efforts to reach a settlement. The court also discussed with the parties Plaintiff's pending motion to strike Defendants' affirmative defenses, to which Defendants have filed no opposition and concerning which they assured the court they do not oppose. The court will grant Plaintiff's unopposed motion to strike.

The court will also continue the telephonic conference to learn whether settlement efforts have succeeded. In lieu of such a phone conference, the parties may jointly file a brief status report by August 26, 2020, updating the court as to their settlement progress, e.g., ongoing, completed, nearly completed, stalled, etc.. The court will cancel or further continue the phone conference upon receipt of such a joint status report. Accordingly,

IT IS ORDERED that Plaintiff's motion to strike Defendants' affirmative defenses (ECF No. 12) is GRANTED.

IT IS FURTHER ORDERED that a telephonic continuation of the status conferences is SCHEDULED for **August 27, 2020, at 10:00 AM**.

s/Robert H. Cleland            /  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated:  July 30, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 30, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner            /  
Case Manager and Deputy Clerk  
(810) 292-6522

S:\Cleland\Cleland\HEK\Civil\20-cv-10384.SCALIA.grant.motion.to.strike.set.conference.HEK.RHC.docx